IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                                                                   No.04-10061-T

GARY WAYNE GUEST,
LORI ANN BUCKINGHAM,
PATRICK PEARSON,
TINA PEARSON, and
TRAVIS LYNN McCOY,

    Defendants.

### ORDER CONTINUING REPORT DATE, TRIAL AND EXCLUDING DELAY

The government has moved for a continuance of the report date in this case which is set for May 24, 2005, and the trial which is currently set on June 6, 2005. Since counsel for the government is scheduled to attend a Federal Prosecution course out of town, that motion is hereby granted. Counsel for defendant Lori Ann Buckingham has also requested a continuance of the report date and trial because additional time to prepare is necessary. Therefore, both motions are granted and the trial of this action is continued and has been reset for June 27, 2005.

The court finds that the unavailability of the government's counsel and the government's need for continuity of counsel justify this continuance and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. In addition, defendant Buckingham's need for additional time to prepare justifies this continuance and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. <u>Accordingly, the trial is continued from June 6, 2005, to June 27, 2005, at 9:30 A.M</u> The resulting period of delay, from June 6, 2005, to June 27, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). A new report date has been set for June 6, 2005, at 9:00 a.m.

IT IS SO ORDERED.

                                                              *James D. Todd*
                                                    JAMES D. TODD
                                                    UNITED STATES DISTRICT JUDGE

                                                    20 May 2005
                                                    DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/20/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 145 in case 1:04-CR-10061 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Matthew M. Maddox
MADDOX MADDOX & MADDOX
P.O. Box 827
Huntingdon, TN 38344

Lloyd R. Tatum
TATUM AND TATUM
P.O. Box 293
Henderson, TN 38340

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jack Colin Morris
LAW OFFICES OF COLIN MORRIS
204 West Baltimore
Jackson, TN 38301

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

J. Colin Morris
MOSIER & MORRIS, P.A.
204 W. Baltimore
Jackson, TN 38302--162

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Honorable James Todd
US DISTRICT COURT