

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs

CR NO. 1:04-10061-03-T

GARY WAYNE GUEST

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on June 6, 2005 Assistant U. S. Attorney, Victor Lee Ivy, appearing for the government, and the defendant appeared in person and with counsel, Richard L. Finney, III, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Count 1 the Indictment.

This case has been set for sentencing on **Friday, September 2, 2005 at 8:30 A.M.**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 7 June 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/8/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 168 in case 1:04-CR-10061 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT