IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )  Cr. No. 04-10061 |
| | ) |
| GARY GUEST, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR CONTINUANCE

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, Jerry R. Kitchen, and moves this Honorable Court for a continuance of the sentencing date and would state as follows:

Currently, this case is set for sentencing on September 16, 2005. The undersigned will be out of the office on that date and requests this case be set on September 15th.

I have conferred with counsel for the defendant and he is not opposed to advancing this case to the 15th.

WHEREFORE, premises considered, the United States requests the above case be advanced to the 15th for sentencing.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-07-05

**MOTION GRANTED**
DATE: 7 September 2005

James D. Todd
U.S. District Judge

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: _____
JERRY R. KITCHEN
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
TN Bar No. 011027

## CERTIFICATE OF SERVICE

I, JERRY R. KITCHEN, do hereby certify that I have this date delivered a true and exact copy of the foregoing motion to Lowe Finney, Attorney-At-Law, 213 E. Lafayette Jackson, Tn. 38301.

This the __6th__ day of September, 2005.

_____
Jerry R. Kitchen
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 208 in case 1:04-CR-10061 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT